IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

STODDARD EQUIPMENT CO, INC.   *
                                          *
      v.                           *   Civil No. JFM-13-3271
                                          *
AMERICAN SAFETY INDEMNITY CO., *
ET AL.                           *
                                  ******

**ORDER**

For the reasons stated in the accompanying Opinion, it is, this 4th day of December 2013

ORDERED

1. The motion to dismiss (document 16) is granted; and

2. This action is dismissed as to defendant American Safety Indemnity Company.

\_\_/s/_____
J. Frederick Motz
United States District Judge